1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  VILBORG FIGUEROA,                    )    No.  EDCV 10-385 E
11                                       )
12           Plaintiff,                  )    [PROPOSED] ORDER AWARDING
                                         )    EAJA FEES
13      v.                               )
                                         )
14                                       )
    MICHAEL J. ASTRUE,                   )
15  Commissioner Of Social Security,     )
16                                       )
             Defendant.                  )
17  _____)

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19      IT IS ORDERED that EAJA fees are awarded in the amount of THREE

20  THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) subject to the

21  terms of the stipulation.

22      DATE: 12/21/10          [signature]

23                             _____
24                             HON. CHARLES F. EICK
                               UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                              -1-